M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2022 JUL 27 A II: 22

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Mr. Justin K. Borden
(A.I.S #282077) )
Full name and prison name of )
Plaintiff(s) )
)
v. )
)
Commisioner; John )
Hamm, Warden: Yolanda )
Calloway, Ast Warden; )
Jeffery Baldwin )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

CIVIL ACTION NO. 2:22-cv-00435-WHA-SMD
(To be supplied by Clerk of U.S. District Court)

I.  PREVIOUS LAWSUITS
    A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☑

    B. Have you begun other lawsuits in state or federal court relating to your imprisonment?    YES ☐    NO ☑

    C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

            Plaintiff (s) _____

            _____

            Defendant(s) _____

            _____

        2. Court (if federal court, name the district; if state court, name the county)

            _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Cruel and unusual Punishment._

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.) Time: right now; Place: Elmore Corr. Facility; Manner: Overcrowding: Due to the overcrowding, I am forced to live under harsh conditions inside of the institution. being packed in one area like this creates a violent and hostile environment because of the high level of stress and fustration of the individuals around me which makes it a dangerous place

GROUND TWO: Cruel and unusual Punishment.

SUPPORTING FACTS: Understaffing: due to the overcrowding and the problems that derive from it, understaffing is a major issue. lack of security puts my life in a risk. There are not enough officers to assure my safety. Therefore, when life threatening situations occure, I have to survive and overcome on my own. In addition, these facts so far has litterally cradled the root cause of my Post traumatic stress

GROUND THREE: Cruel and unusual Punishment.

SUPPORTING FACTS: Unsanitary Living Conditions: Living quarters consisting of bathrooms and sleeping areas are disgusting, A major and enormouse health hazard, especially while co-existing along with the Covid-19 Pandemic. At any given time I could become struck with with a life threatening illness, and overcrowded environments makes it apparently impossible to perform social distancing. Simultaneously, this is another addition to the toxic package that fuels my Post-traumatic stress, alongside the deaths that occured among my family and Loved ones caused by Covid-19.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would like to be granted relief from sentence and financial compensation due to the fact that upon release I feel that because of my post traumatic stress disorder caused by these unconstitutional conditions, I may have trouble working until I begin to recover.

*Signature of plaintiff(s)*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 24, 2022.
(Date)

*Signature of plaintiff(s)*

Mr. Justin K. Borden [A.I.S. #282077]
Easterling Correctional Fac.
200 Wallace drive
Clio Al. 36017

MONTGOMERY AL 360
26 JUL 2022 PM
US POSTAGE PITNEY BOWES
ZIP 36017
02 7H
0001310127
$00.81⁰
JUL 2022

This correspondence is forwarded from an Alabama State Prison The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

Legal Mail

36104-401801

Ms. Debra P. Hackett, Clerk
Office of the Clerk,
United States District Court.
Middle District of Alabama
1 church street, Suite B 110
Montgomery AL, 36104