IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUSTIN K. BORDEN, <br> AIS 282077, <br> <br> Plaintiff, <br> <br> v. <br> <br> COMMISSIONER JOHN HAMM, <br> et al., <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:22-CV-435-RAH-SMD <br> ) <br> ) <br> ) <br> ) <br> ) |

**O R D E R**

On November 10, 2022, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 8.) Upon an independent review of the record and upon consideration of the Recommendation, it is hereby

ORDERED that the Recommendation is ADOPTED and this case is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE, on this the 5th day of December 2022.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE